McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-06-492 GEB |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO |
| v. | ) | DISMISS WITHOUT PREJUDICE |
| | ) | |
| | ) | |
| PATRICK JAMES CASSIDY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States hereby moves to dismiss the indictment in this case without prejudice. The District Attorney of Nevada County has asked that the matter be returned to his office for prosecution in Superior Court. The undersigned attorney for the United States has been advised by both the District Attorney's Office and counsel for defendant Cassidy that the parties have reached a settlement of the charges in state court.

Dated: February 7, 2007

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Robert M. Twiss
                            By:_____
                                ROBERT M. TWISS
                                Assistant U.S. Attorney

1
ORDER

2 IT IS SO ORDERED.  The indictment in the above captioned
3 case is DISMISSED without prejudice in favor of proceeding in
4 Superior Court in Nevada County, California.  All dates in this
5 case in this Court hereby are VACATED.

6 Dated:  February 7, 2007

7

8 _____
GARLAND E. BURRELL, JR.
9 United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28