1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        EASTERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,

9            Plaintiff,                    No. 06-492 GEB

10     v.                                  ORDER FOR EXONERATION
                                           OF BAIL AND FOR
11                                         RECONVEYANCE OF PROPERTY
    PATRICK CASSIDY,
12
             Defendant.
13   _____/

14       Good cause appearing,

15       IT IS HEREBY ORDERED that bail is exonerated in this matter

16  and the Clerk of the Court shall reconvey the property posted as

17  security for bail for Defendant Patrick Cassidy.

18

19  Dated:  March 22, 2007

20   _____
     GARLAND E. BURRELL, JR.
21   United States District Judge

22

23

24

25

26

27

28